## RUDOLPHUS J. R. BAKER

*v.*

## CHARLES WILLIAMS.

APPEAL from the Circuit Court of the county of Rock Island; the Hon. IRA O. WILKINSON, Judge, presiding.

Messrs. SAMUEL STRAWDER, and SAMUEL R. ALLEN, for the appellant.

Mr. A. WEBSTER, for the appellee.

Mr. JUSTICE BREESE: This case is similar in all respects to the two cases preceding, and the judgment is therefore affirmed.

*Judgment affirmed.*